JOSEPH V. O'CONNOR, Respondent, *v.* JOSEPH CAPUTO et al., Defendants, and VILLAGE OF SCARSDALE, Appellant.

MAY O'C. DAVIS, Respondent, *v.* JOSEPH CAPUTO et al., Defendants, and VILLAGE OF SCARSDALE, Appellant.

Submitted February 28, 1941; decided April 17, 1941.

*Thorne Baker* for appellant.

*Howard H. Schrecke* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.